IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATTI J. THOMPSON, | ) | |
| | ) | 2:07cv1345 |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge Cercone |
| | ) | Magistrate Judge Caiazza |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

On January 2, 2008, consistent with the Plaintiff's response to the court Order regarding the Parties' Willingness to proceed before a Magistrate Judge (see Docs. 3 & 6), this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On May 21, 2008, the magistrate judge issued a Report (Doc. 13) recommending that the District Court grant the Plaintiff's Motion for Summary Judgment (Doc. 8), deny the Defendant's Motion for Summary Judgment (Doc. 10), and remand this case for further administrative proceedings.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this __16th__ day of __June__, 2008, IT IS ORDERED that the Plaintiff's Motion for Summary Judgment (**Doc. 8**) is **GRANTED**, the Defendant's Motion for Summary Judgment (**Doc. 10**) is **DENIED**, and this case is **REMANDED FORTHWITH** to the Commissioner of Social Security for further administrative proceedings as consistent with the magistrate judge's Report and Recommendation.

The Report and Recommendation of Magistrate Judge Caiazza dated May 21, 2008 is hereby adopted as the Opinion of the District Court.

_DS Cercone_
David Stewart Cercone
United States District Judge

cc (via email):

Christine M. Nebel, Esq.
Jessica Smolar, Esq.